IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEFFREY PATE,
    Plaintiff,

vs.                                            Case No.: 5:04cv418/LAC/EMT

JAMES V. CROSBY, JR., et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 22, 2006. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of objections filed, if any.

    Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

    **DONE AND ORDERED** this 24th day of March, 2006.

                                                     s/_L.A. Collier_
                                                     **LACEY A. COLLIER**
                                                     **SENIOR UNITED STATES DISTRICT JUDGE**